# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EWELL MILLER,**
Appellant,

v.

**HOMELAND PROPERTY OWNERS ASSOCIATION, INC., TODD MINIKUS, AMANDA MINIKUS, MARK LLANO, MELINDA HUBER, EDWARD HUBER, DANNY CAGLE** and **JOAN CAGLE,**
Appellees.

No. 4D18-654

[January 10, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 502014CA012132.

Patrick Dervishi of Shir Law Group, P.A., Boca Raton, for appellant.

Michael J. Pike, Daniel Lustig and Dominique J. Torsiello of Pike & Lustig, LLP, West Palm Beach, for appellees Danny Cagle and Joan Cagle.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***